United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ELIZABETH ARLENE MITCHELL AND GREGORY SCOTT DAVIS<br>  "Plaintiffs,"<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE CO.*,*<br>  "Defendant." | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:25-cv-00285 |

**<u>ORDER</u>**

Before the Court is "Defendant's Motion to Compel Appraisal and Abatement" (Dkt. No. 8) ("MTC"), "Plaintiff's Response to Defendant's Opposed Motion to Compel Appraisal and Abatement" (Dkt. No. 9) ("Response"), and the Magistrate Judge's "Report and Recommendation to Dismiss Defendant's Motion to Compel Arbitration and Abatement (Dkt. No. 8)" (Dkt. No. 10) ("R&R").

The R&R recommends this Court deny Defendant's MTC (Dkt. No. 8). Dkt. No. 10 at 4. Objections to the R&R were due March 13, 2026. No objections were filed. If there have been no objections to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 10) is **ADOPTED**. Defendant's MTC (Dkt. No. 8) is hereby **DENIED.**

  SIGNED this June 25, 2026

_____
Rolando Olvera
United States District Judge